IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SAINT LOUIS DIVISION

| | |
|---|---|
| STEPHANIE RAMEY, | ) |
| Plaintiff, | ) *So Ordered* |
| vs. | ) Civil Action No. 05 CV 1429 *[signature]* 2/6/06 |
| NATIONAL FINANCIAL SYSTEMS, INC., | ) Judge Sippel |
| Defendant. | ) |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

NOW COMES the Plaintiff, STEPHANIE RAMEY, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and moves this Honorable Court to voluntarily dismiss NATIONAL FINANCIAL SYSTEMS, INC., WITHOUT prejudice.

Respectfully submitted,
**STEPHANIE RAMEY**

By: _s/ Larry P. Smith_
Attorney for Plaintiff

Mr. Larry P. Smith
MO Bar No. 500189
Larry P. Smith & Associates
Attorneys For Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago Illinois 60601-5927
Telephone: (312) 222-9028
Facsimile: (312) 602-3911
E-Mail: *LSmith@LPSmithLaw.com*